IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02152-MSK

CRAIG J. NICHOL,

    Applicant,

v.

FRANCIS FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty (30) days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Denver District Court case number 05CR4051, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send a copy of this order to each of the following:

    (1)    Clerk of the Court
            Denver County District Court
            1437 Bannock Street, Room 256
            Denver, Colorado 80202; and
    (2)    Court Services Manager

    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado 80202.

Dated this 17th day of December, 2013.

            **BY THE COURT:**

            */s/ Marcia S. Krieger*
            _____

            Marcia S. Krieger
            Chief United States District Judge