IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02152-MSK

CRAIG NICHOL,

       Plaintiff,

v.

FRANCIS FALK,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

**ORDERED**:   the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is denied and this case is dismissed with prejudice. The case is closed.

Dated this 26th day January, 2015.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK


                              s/Patricia Glover
                                Deputy Clerk